IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SIMON N. DUARTE,                    No. 2:04-cv-0971-MCE-CMK-P

      Petitioner,

    vs.                             ORDER

DIANE BUTLER,

      Respondent.
_____/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On May 26, 2006, the magistrate judge filed Findings and Recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the Findings and Recommendations were to be filed within ten (10) days.  Petitioner has not filed objections to the Findings and Recommendations.

1

1    The Court has reviewed the file and finds the Findings and

2 Recommendations to be supported by the record and by the

3 magistrate judge's analysis.

4    Accordingly, IT IS HEREBY ORDERED that:

5    1.   The Findings and Recommendations filed May 26, 2006,

6 are adopted in full;

7    2.   Petitioner's Petition for a Writ of Habeas Corpus is

8 denied; and

9    3.   The Clerk of the Court is directed to enter Judgment

10 and close this file.

11 DATED: July 11, 2006

12

13

14 _____

15 MORRISON C. ENGLAND, JR
   UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

2